443 A.2d 377

Twin Tex Sales Co. v. Zoltan Toth Co., Inc., Appellant.

Submitted June 13, 1980.   Thomas F. Traud, for appellant;  Jackson Sigmon, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.

March 12, 1982.

443 A.2d 378

Biles, Appellant v. Campisi.

Argued December 16, 1981.   S. Regen Ginsburg, for appellant;  Nathaniel P. D'Amico, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

BECK, J., concurred in the result.